*People ex rel. N. Y. C. & H. R. R. R. Co.* v. *Board of R. R. Comrs.,* 79 App. Div. 642, affirmed.

(Argued March 17, 1903; decided March 31, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 16, 1903, which affirmed a determination of the defendant railroad commissioners that public convenience and necessity require the construction of the railroad of the respondent Syracuse, Skanealeles and Moravia Railroad Company.

*Ira A. Place, Thomas Emery* and *George Barrow* for appellants.

*T. F. Hamilton* for respondents.

Order affirmed, with costs ; no opinion.

Concur : PARKER, Ch. J., O'BRIEN, HAIGHT, VANN, CULLEN and WERNER, JJ. Not voting : BARTLETT, J.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY et al, Respondents, *v.* THOMAS L. FEITNER et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

*People ex rel. N. Y. C. & H. R. R. R. Co.* v. *Feitner,* 75 App. Div. 527, affirmed.

(Argued March 17, 1903; decided March 31, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 6, 1903, which reversed an order of Special Term dismissing a writ of certiorari to review an assessment for taxation upon the capital stock of the defendant Spuyten Duyvil and

Port Morris Railroad Company for the year 1901, and granted a motion to strike such assessment from the roll.

*George L. Rives, Corporation Counsel (George S. Coleman* and *David Rumsey* of counsel), for appellants.

*Ira A. Place* and *Thomas Emery* for respondents.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.